IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| BOBBY ALLEN PARIS, #1569367 | § | |
| VS. | § | CIVIL ACTION NO. 6:09cv451 |
| DIRECTOR, TDCJ-CID | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The above-entitled and numbered petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 was heretofore referred to United States Magistrate Judge Judith K. Guthrie, who issued a Report and Recommendation concluding that the Petitioner's petition should be denied. The Petitioner has filed objections.

The Report of the Magistrate Judge, which contains her recommendation for the dismissal of such petition, has been presented for consideration, and having made a *de novo* review of the objections raised by the Petitioner to the Report, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and the objections of the Petitioner are without merit. Furthermore, the Petitioner has attempted to raise new issues in his objections that were not raised in his petition, and he has not sought to file an amended petition. Therefore, those issues are not properly before the Court. *See Cupit v. Whitley*, 28 F.3d 532, 535 n.5 (5th Cir. 1994), *cert. denied*, 513 U.S. 1163, 115 S. Ct. 1128, 130 L. Ed. 2d 1091 (1995); *United States v. Armstrong*, 951 F.2d 626, 630 (5th Cir. 1992); *Harrison v. Smith*, 82 Fed. Appx. 630, 631 (5th Cir. 2003) (*per curiam*). Therefore the Court hereby adopts the findings and conclusions of the Magistrate Judge as the

findings and conclusions of the Court. It is accordingly

**ORDERED** that the petition for a writ of habeas corpus is **DENIED** and the case is **DISMISSED** with prejudice. A certificate of appealability is **DENIED**. All motions not previously ruled on are hereby **DENIED**.

**So ORDERED and SIGNED this 2nd day of September, 2010.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**